IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-10691

In re: RELVY ESQUIVEL,

Movant

Authorization to file a Successive 2255 Petition

CLERK'S OFFICE:

Authorization to file a successive 2255 motion is dismissed for failure to comply with this Court's notice of August 14, 204.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 25, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



    No. 14-10691   In re: Relvy Esquivel
                       USDC No. 3:14-CV-1911
                       USDC No. 3:08-CR-174-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Brandy C. Lemelle, Deputy Clerk
                              504-310-7714

cc w/encl:
    Mr. Relvy Esquivel